IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF MALIK W.
AHMAD, BAR NO. 10305.

No. 82801

FILED

JUN 25 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER OF REINSTATEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to reinstate suspended attorney Malik W. Ahmad. As no briefs have been filed, this matter stands submitted for decision. SCR 116(2).

This court suspended Ahmad from the practice of law for one year, required he pay restitution as ordered in a fee dispute arbitration, and ordered him to pay the costs of the disciplinary proceedings. Ahmad has completed the suspension and complied with the requirements in the disciplinary order.

Based on our de novo review, we agree with the panel's conclusions that Ahmad has satisfied his burden in seeking reinstatement by clear and convincing evidence. SCR 116(2); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). Accordingly, Malik W. Ahmad is hereby reinstated to the practice of law in Nevada. Ahmad shall pay the costs of the

21-18299

reinstatement proceeding, including $2,500 under SCR 120, within 30 days of this order, if he has not done so already.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

_____, J.
Pickering

_____, J.
Herndon

cc: Chair, Southern Nevada Disciplinary Board
Malik W. Ahmad
Bar Counsel, State Bar of Nevada
Executive Director, State Bar of Nevada
Admissions Office, U.S. Supreme Court

